[S. F. No. 10685. In Bank.—December 17, 1923.]

JULIE GRINBAUM, Petitioner, v. THE SUPERIOR COURT OF THE STATE OF CALIFORNIA et al., Respondents.

[1] GUARDIAN AND WARD—MANDAMUS—DISMISSAL.—Petition for writ of mandate dismissed on the authority of *Grinbaum* v. *Superior Court, ante,* p. 528, and *Grinbaum* v. *Superior Court, ante,* p. 566.

APPLICATION for Writ of Mandate to compel the judge of the Superior Court of the City and County of San Francisco to make an order for taking of depositions. Frank H. Dunne, Judge. Application dismissed.

The facts are stated in the opinion of the court.

John Francis Neylan, Edmond E. Herrscher and Philip S. Ehrlich for Petitioner.

Morrison, Dunne & Brobeck and John J. Barrett for Respondents.

WILBUR, C. J.—We have this day rendered decisions holding that the guardian of the person and the guardian of the estate of Julie Grinbaum were appointed by void orders. We have, also, held that by reason of these decisions it is unnecessary to pass upon the qualifications of the judge to try the proceedings for restoration to capacity because the respective proceedings for the appointment of the respective guardians of the person and estate were void and that the proceedings for restoration to capacity based upon the validity of such orders of appointment must fall with the orders appointing the respective guardians. [1] For the same reason it is unnecessary to issue a *mandamus* to compel the respondent judge to make an order for the taking of the depositions of certain individuals to be used upon the trial of the pending application of Julie Grinbaum for restoraton to capacity.

Petition dismissed.

Lawlor, J., Lennon, J., Kerrigan, J., Waste, J., and Myers, J., concurred.